931 A.2d 627

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Thomas Jay SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 21, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Did the Superior Court err in holding that [Petitioner] did not have a Sixth Amendment right to counsel before refusing to submit to chemical testing, based upon *Commonwealth v. Ciccola,* [894 A.2d 744 (Pa.Super.2006), *appeal denied,* 591 Pa. 660, 916 A.2d 630 (2007),] where *Ciccola* incorrectly held that the decision whether to refuse chemical testing is not a critical stage of a criminal proceeding?

Justice **EAKIN** did not participate in the consideration or decision of this matter.